```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 15532
   AKINPELU C SHOGUNLE
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-0240

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
   The case was filed on 08/27/2007 and was not confirmed.

   The case was dismissed without confirmation 12/10/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
HERITAGE COMMUNITY BANK    CURRENT MORTG          .00           .00            .00
JONES & JACOBS             NOTICE ONLY    NOT FILED             .00            .00
JOHN STROGER HOSPITAL      UNSEC W/INTER  NOT FILED             .00            .00
AMERICREDIT FINANCIAL SV   UNSEC W/INTER     9067.17            .00            .00
QUERREY & HARROW           DEBTOR ATTY           .00                           .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                       ---------------      ---------------
TOTALS                      .00                    .00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 03/27/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```